# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

EUNICE ADLER and JUDITH LOOKER,

    Plaintiffs,

v.

AMERICAN HONDA MOTOR COMPANY, INC.,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**\*\*\* ORDER \*\*\***

Case No. 2:22-CV-544-KM-JBC

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

    Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiffs Eunice Adler and Judith Looker ("Plaintiffs") each voluntarily dismiss this action with prejudice. This notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment. Plaintiffs' dismissal of the Action is effective upon the filing of this notice.

Dated: September 16, 2022

                **LONGMAN LAW, P.C.**

_____

Howard T. Longman
354 Eisenhower Parkway, Suite 1800
Tel: (973) 994-2315
Fax: (973) 994-2319
E-mail: HLongman@Longman.Law

*Attorney for Plaintiffs*

*SO ORDERED.*

*s/ Kevin McNulty*
*Hon. Kevin McNulty*
*U.S. District Judge*
*Date: 9/19/2022*

1